## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; THE FOOTHILLS AT WINGFIELD HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; FULLER JENKINS CLARKSON, a Nevada professional corporation,<br><br>Defendants. | Case No. 3:17-cv-00332-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors and assigns, as Nominee Beneficiary for DHI MORTGAGE COMPANY, a Texas limited partnership; BRIAN MCKAY, an individual; LAWRENCE D. MCKAY, an individual,<br>           Counter-Defendant/Cross-Defendants. | |

| | |
|---|---|
| 1 | Wells Fargo Bank, N.A. ("Wells Fargo"), SFR Investments Pool 1, LLC ("SFR"), and |
| 2 | Defendant The Foothills at Wingfield Homeowners Association (the "HOA"), by and through |
| 3 | their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and |
| 4 | agree to dismiss Mortgage Electronic Registration Systems, Inc. ("MERS"). |
| 5 | MERS hereby represents that any interest that MERS had in the property subject of this |
| 6 | litigation was released via the March 2, 2011, Corporation Assignment of Deed of Trust, recorded |
| 7 | in the Washoe County Recorder's Office as Document No. 3978800 ("Deed of Trust"). |
| 8 | Therefore, MERS is no longer a real party in interest and disclaims any interest in the Deed of |
| 9 | Trust. |
| 10 | … |
| 11 | … |
| 12 | … |
| 13 | … |
| 14 | … |
| 15 | … |
| 16 | … |
| 17 | … |
| 18 | … |
| 19 | … |
| 20 | … |
| 21 | … |
| 22 | … |
| 23 | … |
| 24 | … |
| 25 | … |
| 26 | … |
| 27 | … |
| 28 | … |

**IT IS THEREFORE STIPULATED AMONG THE PARTIES HERETO THAT** Mortgage Electronic Registration Systems, Inc. shall be dismissed from SFR's Counterclaim, without prejudice.

Dated: March 9, 2018

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
　　Kelly H. Dove, Esq.
　　Nevada Bar No. 10569
　　Michael Paretti, Esq.
　　Nevada Bar No. 13926
　　3883 Howard Hughes Parkway, Suite 1100
　　Las Vegas, NV 89169
　　*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

Dated: March 9, 2018

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
　　Diana S. Ebron, Esq.
　　Nevada Bar No. 10580
　　Jacqueline A. Gilbert, Esq.
　　Nevada Bar No. 10593
　　Karen L. Hanks, Esq.
　　Nevada Bar No. 9578
　　7625 Dean Martin Drive, Suite 110
　　Las Vegas, Nevada 89139
　　*Attorneys for Defendant SFR Investments Pool 1, LLC*

Dated: March 9, 2018

PERRY & WESTBROOK

By: */s/ Alan W. Westbrook*
　　Alan W. Westbrook, Esq.
　　Nevada Bar No. 6167
　　6490 S. McCarran Blvd., Suite C-20
　　Reno, NV 89509
　　*Attorneys for Defendant The Foothills at Wingfield Association, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE