**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>        Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; THE FOOTHILLS AT WINGFIELD HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; FULLER JENKINS CLARKSON, a Nevada professional corporation,<br>        Defendants. | Case No. 3:17-cv-00332-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO DEFENDANT THE FOOTHILLS AT WINGFIELD HOMEOWNERS ASSOCIATION'S RESPONSE TO WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Counter-Claimant,<br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors and assigns, as Nominee Beneficiary for DHI MORTGAGE COMPANY, a Texas limited partnership; BRIAN MCKAY, an individual; LAWRENCE D. MCKAY, an individual,<br><br>        Counter-Defendant/Cross-Defendants. | |

1    Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant The Foothills at Wingfield Homeowners Association (the "HOA"), by and through their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to an extension for Wells Fargo to submit its Reply to the HOA's Response to Wells Fargo's Motion for Summary Judgment. Wells Fargo filed its Motion for Summary Judgment [ECF No. 44] on May 2, 2018. The HOA filed its Response to Wells Fargo's Motion for Summary Judgment [ECF No. 51] on Sunday, May 6, 2018. Accordingly, Wells Fargo's Reply to the Response is currently due May 21, 2018. The Parties request the Court extend Wells Fargo's deadline to June 4, 2018. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. This extension is sought both because Wells Fargo and its counsel require additional time to meaningfully prepare the Reply to the HOA's Response to Wells Fargo's Motion for Summary Judgment and to address the numerous arguments raised therein.

2. On May 16, 2018, Wells Fargo and the HOA agreed to the extension requested herein.

3. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Therefore, Wells Fargo and the HOA jointly agree for an extension to June 4, 2018, for Wells Fargo to file its Reply to the HOA's Response to Wells Fargo's Motion for Summary Judgment.

Dated: May 18, 2018

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

Dated: May 18, 2018

PERRY & WESTBROOK

By: */s/ Cheryl Wilson*
Alan W. Westbrook, Esq.
Nevada Bar No. 6167
Cheryl Wilson, Esq.
Nevada Bar No. 8312

1701 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
*Attorneys for Defendant The Foothills at Wingfield Association, Inc.*

**ORDER**

IT IS ORDERED.

DATED this 21st day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE