# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>        Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; THE FOOTHILLS AT WINGFIELD HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; FULLER JENKINS CLARKSON, a Nevada professional corporation,<br>        Defendants. | Case No. 3:17-cv-00332-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT AND SFR'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Counter-Claimant,<br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors and assigns, as Nominee Beneficiary for DHI MORTGAGE COMPANY, a Texas limited partnership; BRIAN MCKAY, an individual; LAWRENCE D. MCKAY, an individual,<br><br>        Counter-Defendant/Cross-Defendants. | |

Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to an extension for SFR to submit its Response to Wells Fargo's Motion for Summary Judgment, and for Wells Fargo to submit its Response to SFR's Countermotion for Summary Judgment. Wells Fargo and SFR each filed a Motion for Summary Judgment on May 2, 2018 [ECF Nos. 44 and 48]. The Parties subsequently stipulated, and the Court ordered, to extend their respective response deadlines to June 6, 2018 [ECF No. 54]. The Parties request the Court extend the Parties' Response deadline to June 13, 2018. This is the Parties' second extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. This extension is sought both because the Parties and their counsel require additional time to meaningfully prepare and respond to the competing motions for summary judgment and to address the numerous arguments raised therein.

2. Wells Fargo's counsel has had issues with family illnesses since the time the motions were filed on May 2, 2018.

3 On June 1, 2018, Wells Fargo and SFR agreed to the extension requested herein to keep the briefing schedule on their simultaneous motions for summary judgment the same as between the two Parties.

4. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, Wells Fargo and SFR jointly agree for an extension to June 13, 2018, for SFR to file its Response to Wells Fargo's Motion for Summary Judgment [ECF No. 44] and for Wells Fargo to file its Response to SFR's Motion for Summary Judgment [ECF No. 48].

Dated: June 1, 2018

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Michael Paretti, Esq.
    Nevada Bar No. 13926
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

Dated: June 1, 2018

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    *Attorneys for Defendant SFR Investments Pool 1, LLC*

**ORDER**

IT IS ORDERED.

DATED this 4th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE