1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                          **DISTRICT OF NEVADA**
10
11   WELLS FARGO BANK, N.A., a national
12   banking association,                           Case No.  3:17-cv-00332-LRH-WGC
13                    Plaintiff,
     vs.
14                                                   **STIPULATION AND ORDER TO**
     SFR INVESTMENTS POOL 1, LLC, a               **EXTEND  TIME  TO REPLY TO**
15   Nevada limited-liability company; THE        **DEFENDANT THE FOOTHILLS AT**
     FOOTHILLS AT WINGFIELD                        **WINGFIELD HOMEOWNERS**
16   HOMEOWNERS ASSOCIATION, a Nevada             **ASSOCIATION'S RESPONSE TO**
     non-profit corporation; FULLER JENKINS       **WELLS FARGO'S MOTION FOR**
17   CLARKSON, a Nevada professional              **SUMMARY JUDGMENT**
     corporation,
18                    Defendants.                    **(SECOND REQUEST)**

19   SFR INVESTMENTS POOL 1, LLC, a
20   Nevada limited liability company,
21                    Counter-Claimant,
22   vs.
23   WELLS FARGO BANK, N.A., a national
     banking association; MORTGAGE
24   ELECTRONIC REGISTRATION SYSTEMS,
     INC., its successors and assigns, as Nominee
25   Beneficiary for DHI MORTGAGE
     COMPANY, a Texas limited partnership;
26   BRIAN MCKAY, an individual; LAWRENCE
     D. MCKAY, an individual,
27
               Counter-Defendant/Cross-Defendants.
28

Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant The Foothills at Wingfield Homeowners Association (the "HOA"), by and through their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to an extension for Wells Fargo to submit its Reply to the HOA's Response to Wells Fargo's Motion for Summary Judgment. Wells Fargo filed its Motion for Summary Judgment [ECF No. 44] on May 2, 2018. The HOA filed its Response to Wells Fargo's Motion for Summary Judgment [ECF No. 51] on Sunday, May 6, 2018. The Parties subsequently stipulated, and the Court ordered, to extend Wells Fargo's Reply deadline to June 4, 2018 [ECF No. 56]. The Parties request the Court extend Wells Fargo's deadline by an additional week, to June 11, 2018.  This is the Parties' second extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1.      This extension is sought both because Wells Fargo and its counsel require additional time to meaningfully prepare the Reply to the HOA's Response to Wells Fargo's Motion for Summary Judgment and to address the numerous arguments raised therein.

2.      On June 1, 2018, Wells Fargo and the HOA agreed to the extension requested herein.

3.      This stipulated extension request is sought in good faith and is not made for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, Wells Fargo and the HOA jointly agree for an extension to June 11, 2018, for Wells Fargo to file its Reply to the HOA's Response to Wells Fargo's Motion for Summary Judgment.

Dated: June 1, 2018

SNELL & WILMER L.L.P.


By: */s/ Michael Paretti*
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Michael Paretti, Esq.
    Nevada Bar No. 13926
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

Dated: June 1, 2018

PERRY & WESTBROOK


By: */s/ Cheryl Wilson*
    Alan W. Westbrook, Esq.
    Nevada Bar No. 6167
    Cheryl Wilson, Esq.
    Nevada Bar No. 8312

    1701 W. Charleston Blvd., Suite 200
    Las Vegas, NV 89102
    *Attorneys for Defendant The Foothills at Wingfield Association, Inc.*

## **ORDER**

IT IS ORDERED.

DATED this 4th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE