**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>                Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; THE FOOTHILLS AT WINGFIELD HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; FULLER JENKINS CLARKSON, a Nevada professional corporation,<br>                Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>                Counter-Claimant,<br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors and assigns, as Nominee Beneficiary for DHI MORTGAGE COMPANY, a Texas limited partnership; BRIAN MCKAY, an individual; LAWRENCE D. MCKAY, an individual,<br><br>                Counter-Defendant/Cross-Defendants. | Case No. 3:17-cv-00332-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT AND SFR'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Wells Fargo Bank, N.A. ("Wells Fargo"), and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to an extension for SFR to submit its Reply in support of Motion for Summary Judgment, and for Wells Fargo to submit its Reply in support of Motion for Summary Judgment. Wells Fargo and SFR each filed a Motion for Summary Judgment on May 2, 2018 [ECF Nos. 44 and 48]. The Parties each filed a response to Motion for Summary Judgment on June 13, 2018 [ECF Nos. 68 and 69]. The Parties' deadline to file replies in support of their respective Motions for Summary Judgment is June 27, 2018. The Parties request the Court extend the Parties' Reply deadline to July 18, 2018. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. This extension is sought both because the Parties and their counsel require additional time to meaningfully prepare and respond to the competing motions for summary judgment and to address the numerous arguments raised therein.

2. On June 26, 2018, Wells Fargo and SFR agreed to the extension requested herein to keep the briefing schedule on their simultaneous motions for summary judgment the same as between the two Parties.

3. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Therefore, Wells Fargo and SFR jointly agree for an extension to July 18, 2018, for SFR to file its Reply in support of Motion for Summary Judgment [ECF No. 48] and for Wells Fargo to file its Reply in Support of Motion for Summary Judgment [ECF No. 44].

Dated: June 26, 2018

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

Dated: June 26, 2018

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant SFR Investments Pool 1, LLC*

## **ORDER**

IT IS SO ORDERED.

DATED this 27th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE