1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11
12

WELLS FARGO BANK, N.A., a national
banking association,

Case No.  3:17-cv-00332-LRH-WGC

13

                              Plaintiff,

vs.

14

SFR INVESTMENTS POOL 1, LLC, a
Nevada limited-liability company; THE
FOOTHILLS AT WINGFIELD
HOMEOWNERS ASSOCIATION, a Nevada
non-profit corporation; FULLER JENKINS
CLARKSON, a Nevada professional
corporation,
                              Defendants.

**STIPULATION AND ORDER TO
DISMISS LITIGATION WITH
PREJUDICE**

15
16
17
18

19
20

SFR INVESTMENTS POOL 1, LLC, a
Nevada limited liability company,

                              Counter-Claimant,

21

vs.

22

23
24
25
26

WELLS FARGO BANK, N.A., a national
banking association; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., its successors and assigns, as Nominee
Beneficiary for DHI MORTGAGE
COMPANY, a Texas limited partnership;
BRIAN MCKAY, an individual; LAWRENCE
D. MCKAY, an individual,

27

                  Counter-Defendant/Cross-Defendants.

28

1    Plaintiff/Counter Defendant Wells Fargo Bank, N.A., Defendant/Counterclaimant SFR

2  Investments Pool 1, LLC ("SFR"), and Defendant The Foothills at Wingfield Homeowners

3  Association (collectively, the "Parties") hereby stipulate, by and through their respective counsel,

4  that all claims in this action between the Parties will be dismissed with prejudice.

5    Nothing in this Stipulation is intended to or should be construed to affect SFR's existing

6  claims, or judgments against any other party to this action.  Each party shall bear their own

7  attorney's fees and costs.

8    **IT IS SO STIPULATED.**

9  DATED this 9th day of July, 2020.          DATED this 9th day of July, 2020.

10

11 KIM GILBERT EBRON                          SNELL & WILMER L.L.P.

12 By: */s/  Jacqueline A. Gilbert*           By: */s/ Holly E. Cheong*

13    Jacqueline A. Gilbert, Esq.                Holly E. Cheong, Esq.
      Nevada Bar No. 10593                       Nevada Bar No. 11936

14    7625 Dean Martin Drive, Suite 110          3883 Howard Hughes Pkwy, Suite 1100
      Las Vegas, Nevada  89139                   Las Vegas, NV 89169

15 *Attorneys for SFR Investments Pool 1, LLC*  *Attorneys for Wells Fargo Bank, N.A.*

16 DATED this 9th day of July, 2020.

17 PERRY & WESTBROOK

18 By: */s/  Gabriel J. Czop*

19    Gabriel J. Czop, Esq.
      Nevada Bar No. 14697

20    1701 W. Charleston Blvd., Ste. 200
      Las Vegas, Nevada 89102

21 *Attorneys for The Foothills at Wingfield*
   *Homeowners Association*

22                              **ORDER**

23

24    IT IS SO ORDERED.

25    DATED this 10th day of July, 2020.

26    _____

27    LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE

28

- 2 -